AO 91 (Rev. 5/85) Criminal Complaint ⊕

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

JAMEY SUMMERS

CRIMINAL COMPLAINT

CASE NUMBER: 04-1640-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 5, 2001__ in __Plymouth__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for the crimes of Kidnapping, in violation of Mass. Gen. L. ch. 265, Section 26; and Assault to Murder, Armed, in violation of Mass. Gen. L. ch. 265, Section 18(b), which crimes are felonies under the laws of the Commonwealth of Massachusetts, from which JAMEY SUMMERS has fled.

in violation of Title __18__ United States Code, Section(s) __1073__ .

I further state that I am a(n) __Special Deputy U.S. Marshal__ and that this complaint is based on the following
                                     Official Title
facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_/s/ Michael H. Kozak_
Signature of Complainant
MICHAEL H. KOZAK
Special Deputy U.S. Marshal
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__February 11, 2004__   at   __Boston, Massachusetts__
Date                                        City and State
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE

_____           _____
Name & Title of Judicial Officer              Signature of Judicial Officer