# AFFIDAVIT

Boston, Massachusetts
February 11, 2004

I, MICHAEL H. KOZAK, Special Deputy United States Marshal (SDUSM), FEDERAL BUREAU OF INVESTIGATION (FBI), being duly sworn, upon my oath depose and state as follows:

1. The PLYMOUTH COUNTY DISTRICT ATTORNEY has requested FBI assistance in locating and apprehending JAMEY SUMMERS.

2. I have conducted an investigation and determined the following:

   a. On November 26, 2002, JAMEY SUMMERS, having been indicted by the Plymouth County Grand Jury, was named in an arrest warrant issued by Plymouth Superior Court charging him with Kidnaping; and, Assault To Murder, Armed;

   b. The crime of Kidnaping is a felony under Massachusetts General Law (MGL) Chapter 265, Section 26; the crime of Assault To Murder, Armed is a felony under MGL Chapter 265, Section 18(b);

   c. Efforts to locate and arrest JAMEY SUMMERS within the Commonwealth of Massachusetts have been fruitless;

   d. Information, based on credit reports, has been developed by the FBI that JAMEY SUMMERS has fled to the state of Arizona;

   e. It is believed JAMEY SUMMERS fled the Commonwealth of Massachusetts to avoid prosecution on the above noted charges.

3. Following a diligent investigation by local, state, and federal authorities it has been determined that JAMEY SUMMERS is no longer residing in the Commonwealth of

Massachusetts.

4. The Plymouth County District Attorney has informed me that it will rendite JAMEY SUMMERS if he is apprehended in the United States.

5. Attached hereto and made a part hereof is a certified copy of the arrest warrant issued by the Plymouth Superior Court; and, a letter from the Plymouth County District Attorney's Office seeking federal assistance.

6. Based upon the foregoing facts and upon my experience and training as a SDUSM within the FBI, I believe there is probable cause to believe that JAMEY SUMMERS has fled the Commonwealth of Massachusetts to avoid prosecution for crimes which are felonies under the laws of the Commonwealth of Massachusetts and that JAMEY SUMMERS may presently be located in the State of Arizona.

I hereby certify that the foregoing is true and correct.

Executed at Boston, Massachusetts this _11_ day of February, 2004.

MICHAEL H. KOZAK
Special Deputy U.S. Marshal
Federal Bureau of Investigation
Boston, Massachusetts

Subscribed and sworn to before me this _11_ day of February, 2004.

U.S. Magistrate Judge