IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 04-M-01640-CBS |
| JAMEY SUMMERS | | |

### GOVERNMENT'S DISMISSAL OF COMPLAINT

Comes now the United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the above-captioned complaint charging a violation of Title 18, United States Code, Section 1073.

As grounds therefore, the United States notes that on February 23, 2004, the defendant was arrested in Phoenix, Arizona. Rendition proceedings by the Plymouth County District Attorney's Office have been initiated and no further action on the above-captioned complaint is required.

/s/ James B. Farmer, Criminal Chief
for MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Leave to file granted:

_____
CHARLES B. SWARTWOOD
United States Magistrate Judge
Date: _____